

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA V

STEVEN MANDELL

Case Number:

12 CR 842

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STEVEN MANDELL

**FILED**
11-2-2012
NOV 02 2012
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) KEITH SPIELFOGEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Keith Spielfogel | |
| FIRM | |
| STREET ADDRESS 190 S. LASALLE ST., SUITE 520 | |
| CITY/STATE/ZIP CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2689537 | TELEPHONE NUMBER 312-236-6021 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |