# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 842 - 1 | **DATE** | 11/6/2012 |
| **CASE TITLE** | United States vs. Steven Mandell | | |

**DOCKET ENTRY TEXT**

Arraignment held on 11/6/12. Defendant informed of his rights. Defendant enters a plea of not guilty to the indictment. Rule 16.1 materials by 11/20/12. Defendant's ex parte motion for appointment of investigator, up to 40 hours, [23] is granted. Status hearing set for 12/20/12 at 9:00 a.m. Defendant shall remain in custody as previously ordered. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 11/6/12 to 12/20/12. (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | KF |
|---|---|---|