**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   U.S.A. v. Steven Mandell          Case Number:     120 CR 842-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

   Steven Mandell

| | |
|---|---|
| NAME (Type or print)<br>   Robert A. Loeb | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Robert Loeb | |
| FIRM | |
| STREET ADDRESS    190 S. LaSalle St., Suite 520 | |
| CITY/STATE/ZIP     Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  IL 1681990 | TELEPHONE NUMBER    312-368-0611 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                    APPOINTED COUNSEL   X | |