# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.
                                                        Case No.: 1:12–cr–00842
                                                        Honorable Amy J. St. Eve

Steven Mandell, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2013:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Steven Mandell: Status hearing held on 2/4/2013 and continued to 3/26/2013 at 09:00 AM. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(i), time is excluded in the interest of justice beginning 2/4/13 to 3/26/13. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.