## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 12 CR 842 |
| | ) | |
| STEVEN MANDELL | ) | Judge Amy St. Eve |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

    Please take notice that counsel for Steven Mandell will appear before the Honorable Amy St.Eve on March 4, 2013 , at 8:45 a.m. and present Defendant Steve Mandell's Agreed Motion For Early Return of Subpoenas, said motion having been served upon you.

                                              s/Keith Spielfogel
                                              Attorney for Mandell

Keith Spielfogel
190 S. LaSalle St
Suite 520
Chicago, Illinois 60603
(312) 236-6021
2689537

**CERTIFICATE OR SERVICE**

       I hereby certify that on the 25th day of February, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties pursuant to the district court's system as to ECF filers.

                                            s/Keith Spielfogel
                                            190 S. LaSalle Street
                                            Suite 520
                                            Chicago, Illinois 60603
                                            (312) 236-6021
                                            spielfogel@sbcglobal.net
                                            IL 2689537