# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                          Plaintiff,

v.                                                      Case No.: 1:12–cr–00842
                                                        Honorable Amy J. St. Eve

Steven Mandell, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2013:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Steven Mandell: Status hearing held on 6/27/2013 and continued to 7/16/2013 at 09:00 AM. Defendant's motion requiring the MCC to remove defendant Mandell from the Special Housing Unit and to house him in general population [36] is granted for the reasons stated in open court. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.