IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 12 CR 842 |
| ) | |
| STEVEN MANDELL ) | Judge Amy St. Eve |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL A PORTION OF DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT STEVEN MANDELL'S MOTION FOR IMMEDIATE DISCLOSURE OF FAVORABLE EVIDENCE**

Steven Mandell, defendant, through his attorneys, Keith Spielfogel and Robert Loeb, requests that he be permitted to file a reply to the government's relevancy objection on page 43 of the Government's Amended Response under section 1. The argument on relevancy would reveal possible trial strategy that the government is not entitled to disclosure of at this point of the proceedings.

Respectfully submitted,
 s/Keith Spielfogel
 s/ Robert Loeb
Attorneys for Defendant

Keith Spielfogel
190 S. LaSalle St., Suite 520
Chicago, Illinois
(312) 235-6021
Attorney number: 2689537

Robert Loeb
190 S. LaSalle St., Suite 520
Chicago, IL 60603
(312)368-0611
Attorney number:1681990

**CERTIFICATE OR SERVICE**

      I hereby certify that on the 14th  day of October, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties pursuant to the district court's system as to ECF filers.

                                                            <u>s/Keith Spielfogel</u>
                                                             190 S. LaSalle Street
                                                             Suite 520
                                                             Chicago, Illinois 60603
                                                             (312) 236-6021
                                                             spielfogel@sbcglobal.net
                                                             IL 2689537