UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   12 CR 842 |
| | ) | Hon.  Amy J. St. Eve |
| STEVEN MANDELL, | ) | |
| also known as, "Steven Manning" | ) | **UNDER SEAL** |

## AFFIDAVIT OF DIANE MacARTHUR

I, Diane MacArthur, being duly sworn state under oath the following:

1. I am an Assistant United States Attorney assigned to the prosecution of *United States v. Mandell*, 12 CR 842, currently set for trial before this Court on February 10, 2014.

2. I was present at a sidebar hearing in Court on October 23, 2013. During this sidebar, the Court asked the attorneys for the government to submit an affidavit for the reasons discussed at that time on the record.

3. I was unable to hear any description of the substance of any defense filing concerning potential defense strategy. I have not informed anyone of the potential defense strategy inadvertently mentioned during the sidebar, because I did not overhear any description of the potential defense strategy. I am not able to and will not inform anyone of the potential defense strategy. Further, I will make no effort to discover or use this information to the detriment of the defendant.

_____
Diane MacArthur
Assistant United States Attorney

Subscribed and sworn to before me
this 24th day of October 2013

_____
NOTARY PUBLIC

OFFICIAL SEAL
JORDAN BLAKE MCCULLOUGH
Notary Public - State of Illinois
My Commission Expires May 18, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   12 CR 842 |
| | ) | Hon.  Amy J. St. Eve |
| STEVEN MANDELL, | ) | |
| also known as, "Steven Manning" | ) | **UNDER SEAL** |

## AFFIDAVIT OF AMARJEET S. BHACHU

I, Amarjeet S. Bhachu, being duly sworn state under oath the following:

1. I am an Assistant United States Attorney assigned to the prosecution of *United States v. Mandell*, 12 CR 842, currently set for trial before this Court on February 10, 2014.

2. I was present at a sidebar hearing in Court on October 23, 2013. During this sidebar, the Court asked the attorneys for the government to submit an affidavit for the reasons discussed at that time on the record.

3. I have not informed anyone of the potential defense strategy inadvertently mentioned during the sidebar. I will not inform anyone of the potential defense strategy. Further, I will not use this information to the detriment of the defendant, nor will I use this information in my preparation for trial.

Amarjeet S. Bhachu
Assistant United States Attorney

Subscribed and sworn to before me
this 24th day of October 2013

NOTARY PUBLIC

OFFICIAL SEAL
JORDAN BLAKE MCCULLOUGH
Notary Public - State of Illinois
My Commission Expires May 18, 2015