UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   12 CR 842 |
| vs. | ) | Hon.  Amy J. St. Eve |
| | ) | |
| STEVEN MANDELL, | ) | |
|   formerly known as "Steven Manning" | ) | |

## JOINT STATEMENT OF THE CASE

The United States is represented in this matter by Assistant United States Attorneys Amar Bhachu and Diane MacArthur.   Assisting them in the presentation of the government's case is Special Agent Richard Tipton.

Steven Mandell is represented by attorneys Keith Spielfogel and Robert Loeb.

Defendant Steven Mandell is charged in this case with conspiracy to kidnap, conspiracy to commit extortion, attempted extortion, possession of a firearm in furtherance of a crime of violence, felon in possession of a firearm, attempted obstruction of justice and murder for hire.

The defendant has pleaded not guilty to the charges.