**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | No. 12 CR 842 |
| **STEVEN MANDELL** | ) ) | Judge Amy St. Eve |
| **Defendant.** | ) ) ) | |

**MOTION FOR SERVICE OF SUBPOENA**

Now comes the defendant, Steven Mandell, through his attorneys, Robert Loeb and Keith Spielfogel, and moves this Honorable Court to enter an order that the Marshalls Service shall serve a subpoena on the below listed witness at the below listed address and that the Department of Justice shall pay the fees and expenses necessary to produce said individual in court. In support thereof defendant states:

1. The defendant is represented by court appointed counsels and does not have the funds necessary to produce the below listed witnesses in court.

2. The below listed witness is necessary for the presentation of the defendant's defense in the case soon to be on trial.

> Barry Dickey
> 506 Marquis Lane
> Mansfield, Texas 76063
> (817) 817-539-0930

3. 18 U.S.C. 3006A, Fed. R. Crim. P. 17(b), and 28 U.S.C. 1825, provides for the service of subpoenas by the United States Marshall Service and for the payment by the Department of Justice of fees and expenses necessary in securing the appearance of

the witnesses in court.

Wherefore, defendant requests that the Court enter an order requiring the United States Marshalls Service to serve a subpoena on the above listed person and that the court order that the Department of Justice pay the fees and expenses reasonably necessary to produce the witness in court.

                                        Respectfully submitted,
                                        s/Keith Spielfogel
                                        Attorney for Defendant

Keith Spielfogel
190 S. LaSalle St., Suite 520
Chicago, Illinois
(312) 235-6021
Attorney number: 2689537