(Mandell) **CONFIDENTIAL QUESTIONNAIRE**



**FILED**
2/10/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**12CR842**

1. Full Name: _____

2. What general area of the City of Chicago do you live in? _____
   If you live outside of Chicago, what area (ie – south suburbs) or county do you live in? (do not list your specific city) _____

3. Do you own your home or rent?_____

4. How far did you go in school? _____

5. Please generally state your occupation (if retired or unemployed, describe your last job):
   _____

6. What other jobs have you had during your working life?   Any military service?
   _____

7. If you are married, please state your spouse's occupation (if retired/unemployed, generally describe past employment):
   _____

8. If you have any grown children, please describe their occupations:
   _____

9. Employment information concerning others living with you (ex. parents or roommates):
   _____

10. Have you, or a close friend or family member, worked in law enforcement or in a security-related job?   If yes, identify the individual(s) and the position(s):
    _____

11. Do you have any close friends or family members who work as lawyers or judges?   If so, please identify them and their relationship to you:
    _____

12. Have you or a family member been arrested or convicted for an offense, including traffic offenses?   If yes, please describe the incident:
    _____

13. Have you or a family member been a victim of a crime?   If so, briefly describe:
    _____

(Over)

14. Have you, any family members or close friends ever worked for or with the Federal Bureau of Investigation or the United States Attorney's Office?

    _____

15. Have you or any family members been involved in a lawsuit?  If so, briefly identify the person(s) involved and the outcome:

    _____

16. Do you belong to any religious, political, social, or civic organizations?  If so, please describe your activities:

    _____

17. What kinds of things do you enjoy doing in your spare time?

    _____

18. This case involves allegations that Defendant Steven Mandell (formerly known as Steven Manning) participated in a scheme to kidnap his victim, force him to turn over money to him, then kill his victim.  The case has generated some newspaper and TV coverage.  Do you recall seeing or hearing any of this coverage?  If so, please describe briefly what you recall:

    _____

    _____

19. I will be instructing that you must put information you may have seen outside the courtroom (including and media coverage) out of your mind, and make a decision based solely on what you see and hear in this courtroom.  Will you be able to follow this instruction?  If not, why not?

    _____

    _____

20. Is there anything that might make it difficult for you to participate in this trial and to be fair to the United States or the defendant?  If so, please explain:

    _____

    _____

**Thank you for completing this confidential questionnaire.**