# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                             Case No.: 1:12–cr–00842

                                                                                            Honorable Amy J. St. Eve

Steven Mandell, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: as to Steven Mandell: In light of the jury's verdict, the Court denies Defendant's motion for judgment of acquittal [202] in part and denies it in part as moot. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.