ILLINOIS )
)
)
COOK COUNTY )

LETTER / NOTICE / SWORN AFFIDAVIT    CASE NO. 12-CR-842-1

**FILED**
4-8-14
APR - 8 2014
JUDGE AMY ST. EVE
United States District Court

Dear Judge St. Eve,                                          April 4, 2014

I am writing to you, as Sworn, with an abundance of the deepest respect. Which my life now, absolutely depends on that, since the situation is extremely dire. Regarding the "MCC" issue of continuing solitary confinement; But first.

I have never ever bothered anyone in my entire life. No one! Not a soul! On Dec. 25, 1983 I had a domestic altercation with my girlfriend. I was charged. Soon thereafter, those charges were dropped (i.e. "as in others" — that would follow, Missouri and Illinois cases.)

According to the Illinois Dept. of Corrections "criteria's", I have a "soft felony" non violent criminal history background. NO violence - NO sex - NO escape - NO organized crime - NO gangs affiliations - NO drugs and "NO-NO weapons". So much for the government's continuing UNfounded insinuations of/about all of this supposed "dangerousness". There is NO danger. There NEVER was a danger. The government desperately tried to create this very same courtroom atmosphere in my 2005 civil rights trial — and it failed miserably, and should fail again now as well. The "dangerousness" issue IS and continues to be both convenient rumor mill and perpetuated malicious FBI-CI's mythology.

1 OF 3

I bothered no one, with the exception of my "past" — and Mr. Engel's still currently "present" law suits/litigations against the FBI. Apparently, the FBI still cannot get over the fact. Which I call, the "800 pound gorilla" still sitting at the federal courthouse and your Court as well. The government does not want to ever admit to it's existence or talk about it.

More importantly, the solitary confinement issue. Enclosed is my strenuous - vigorous attempts to follow "their" rules and policies and "administrative remedies" going on 18 months now.

And once again, the government's "conduit", the MCC continues to dodge and completely side steps the very real issue/s. Which is my Constitutional legal argument in a nutshell.

There is no factual - no legitimate, rational basis for increased or continuing communications restrictions. Other than to continue to deliberately and falsely "label me as one" now — and going into the future. That the current SHU housing "designation" serves no purpose other than to harass, stifle ongoing litigations and further accelerate my already aggravated health conditions of heart disease and more and more dependency on insulin/diabetes related issues.

The government can NOT - will NOT, coherently articulate any further reasonable justifications — that IT dictates to MCC - for the unending continuation of keeping me in harsh solitary confinement for such prolonged periods. Because there simply is NO legitimate reason for it, none, and at the end of the day, none ever "realistically" existed. (i.e. the "Nissan issue". The FBI as late as 1-21-2013, never even bothered to question my wife about the supposed "Stuff in her trunk" or the "Nissan" issue at all. Nor did the FBI on Nov 1-2, 2012 even confiscate the Nissan as somehow being part of/or an instrumentality of a "crime" — if even believed. ENOUGH SAID.)

The FBI's unending animosities towards me needs to end. The animus is omnipresent.

This is my one and only original copy to you. MCC refuses to allow me to even purchase copies. "Because I am in SHU"!!??

Respectfully Submitted:

DATED: April 4, 2014

Steven Mandell
STEVEN MANDELL 43241-424
MCC, CHICAGO
71 W. VAN BUREN ST.
CHICAGO, ILL. 60605

JURAT: SWORN UNDER THE PAINS AND PENALTIES OF PERJURY 28 USC 1746

DATED: April 4, 2014

Steven Mandell
STEVEN MANDELL 43241-424
MCC, CHICAGO
71 W. VAN BUREN ST.
CHICAGO, ILL. 60605

**U.S. DEPARTMENT OF JUSTICE**              **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MANDELL, STEVEN**     **43241-424**     **SHU-29**     **MCC-CHICAGO**
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**

I AM A 63 YEAR OLD, PRE-TRIAL DETAINEE WITH HEART & DIABETIC ISSUES - WHO HAS NOT - NEVER VIOLATED ANY F.B.O.P. - M.C.C. - CHICAGO RULES/POLICIES. I AM BEING HELD IN SHU FOR <u>UNJUSTIFIED PROLONGED PERIODS</u> - 16 OUT 17 MONTHS, WITHOUT ANY LEGITIMATE REASONS. U.S. PROSECUTORS CONTINUE TO USE F.B.O.P. "M.C.C." AS A <u>CONTINUOUS CONDUIT</u> TO VIOLATE MY 5, 6 & 14 AMEND.'S, ATTEMPTING TO SOMEHOW "LABEL ME", FALSELY, AS SOME TYPE OF "COMMUNICATION RISK" WHEN **NO** SUCH "SECURITY REASONS" EXIST OR EVER EXISTED. RESPECTFULLY RELEASE & RETURN ME BACK TO GENERAL POPULATION - WITH ALL MCC PRIVILEGES RE-INSTATED, RESTORED. <u>URGENT - SENSITIVE! INHUMANE!</u>

3-28-14                                            *Steven Mandell*
DATE                                                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

ED

APR 0 3 2014
DATE                                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 3, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CHICAGO MCC

TO  : STEVEN MANDELL, 43241-424
      CHICAGO MCC     UNT: JAIL UNSEN     QTR: Z01-028LAD
      71 WEST VAN BUREN STREET
      CHICAGO, IL 60605

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 774056-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 3, 2014
SUBJECT 1       : OTHER CLASSIFICATION MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.